COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| GILLES L. DELISLE and HELGA DELISLE, | § | No. 08-08-00327-CV |
| | § | |
| Appellants, | | Appeal from the |
| | § | |
| v. | | 120th District Court |
| | § | |
| GMF, Inc., | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC#2007-3960) |
| | § | |

**MEMORANDUM OPINION**

Appellants move to voluntarily dismiss their interlocutory appeal of a November 5, 2008, order of the trial court denying their special appearance motions, pursuant to TEX.R.APP.P. 42.1(a)(1). The Appellants no longer wish to pursue this appeal. The Court concludes that the motion should be granted. Therefore, we dismiss the appeal with costs taxed against the Appellants since there is no agreement otherwise. *See* TEX.R.APP.P. 42.1(d).

GUADALUPE RIVERA, Justice

March 19, 2009

Before Chew, C.J., McClure, and Rivera, JJ.